UNITED STATES DISTRICT C0URT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
USA,

    -v-                                            ORDER OF DISMISSAL
                                                      CR-90-1088(TCP)

HUBIE AUGUSTUS PALMER
--------------------------------------------------------X

        This case number was incorrectly assigned by the Clerk's Office. Defendant was arraigned, pled guilty and was sentenced on 1990CR 306.

        THEREFORE, IT IS HEREBY ORDERED the above case is administratively closed.

                                                    /s/
                                                    Thomas C. Platt
                                                    United States District Judge

Dated: Central Islip, NY
        November 21, 2006